**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CANAL INSURANCE COMPANY,**                                      **PLAINTIFF,**

**VS.**                                            **CIVIL ACTION NO. 1:05CV253-P-D**

**ANTHONY HENDRIX; A&V TRUCKING, INC.;**
**JOSEPH DAVID PAUL; KAREN BOYKIN,**
**INDIVIDUALLY AND AS ADMINISTRATRIX**
**OF THE ESTATE OF BURWELL JOSEPH**
**"BURL" BOYKIN, DECEASED, INDIVIDUALLY**
**AND ON BEHALF OF ALL WRONGFUL DEATH**
**BENEFICIARIES OF BURWELL JOSEPH**
**"BURL" BOYKIN, DECEASED; BENJAMIN**
**RODGERS, A MINOR, BY AND THROUGH HIS**
**GUARDIAN AND NEXT FRIEND, SHARON**
**BIRMINGHAM; MISSISSIPPI TRANSPORTATION**
**COMMISSION; ANHEUSER-BUSCH, INC.;**
**SANDI ALFREDS, INDIVIDUALLY AND**
**D/B/A SANDI'S DESIGNATED DRIVERS; AND**
**JOHN DOES 1-15,**                                              **DEFENDANTS.**

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Canal Insurance Company's Motion for Summary Judgment [47] is hereby **GRANTED**; therefore,

(2) The court declares that any claims for any damages being asserted at this time or which will be asserted by or against Benjamin Rodgers, Sharon Birmingham, Karen Boykin, Individually and/or as Administratrix of the Estate of Burwell Joseph "Burl" Boykin, Deceased, and on behalf of the wrongful death beneficiaries of Burwell Joseph "Burl" Boykin, Deceased, the Mississippi Transportation Commission, Anheuser-Busch, Inc., Sandi Alfreds, individually and doing business as Sandi's Designated Drivers, Anthony Hendrix, A&V Trucking, Inc., and Joseph David Paul

arising out of the collision which occurred on or about February 18, 2005 that is the subject of this action are not covered by Canal Insurance Company's Policy # 439170;

(3) The court declares that under Canal Insurance Company's Policy # 439170, Canal Insurance Company owes no duty to provide a defense to any Defendants for any claims made or for any lawsuit filed in connection with the subject collision which occurred on or about February 18, 2005;

(4) The court declares that under Canal Insurance Company's Policy # 439170, Canal Insurance Company owes no duty to pay any judgment or indemnify for any claims made in connection with the subject collision which occurred on or about February 18, 2005; and

(5) This case is **CLOSED**.

**SO ORDERED** this the 18th day of September, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE